**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, LOCAL 480;  I. B. E. W. – N. E. C. A. JOINT
APPRENTICESHIP AND TRAINING TRUST;
INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS LOCAL 480 PENSION PLAN;  N. E. C. A. –
I. B. E. W. LOCAL 480 HEALTH AND WELFARE TRUST FUND;
NATIONAL ELECTRIC BENEFIT FUND; and ELECTRIC INDUSTRY
ADVANCEMENT PROGRAM                                                                  PLAINTIFFS

V.                                                              CIVIL ACTION NO. 3:05cv568 HTW-JCS

M&M ELECTRICAL CONTRACTORS, INC.,
AND DONNA J. MOSS                                                                          DEFENDANTS

**ORDER OF DISMISSAL**

      Before the court is the motion of the plaintiffs International Brotherhood of Electrical Workers, Local 480; IBEWNECA Joint Apprenticeship and Training Trust; International Brotherhood of Electrical Workers, Local 480 Pension Plan; NECA-IBEW, Local 480 Health and Welfare Trust Fund; National Electric Benefit Fund; and Electric Industry Advancement Program for an order dismissing the above styled and numbered cause.   The plaintiffs assert that the parties have resolved their differences and the defendant M&M Electrical has satisfied fully the amount due and owing. Therefore, the plaintiffs ask that this case be dismissed with prejudice.  This court,

being so advised in the premises, finds said motion for dismiss with prejudice to be well taken and the same is granted.

**SO ORDERED** this the 26th day of April, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE

CIVIL ACTION NO. 3:05cv568 HTW-JCS
Order of Dismissal